| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Mark S. Horoupian (CA Bar No. 175373)<br> *mark.horoupian@gmlaw.com*<br>Steven F. Werth (CA Bar No. 205434)<br> *steven.werth@gmlaw.com*<br>**GREENSPOON MARDER LLP**<br>1875 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>Telephone: 213.626.2311<br>Facsimile: 954.771.9264<br><br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for  Howard M. Ehrenberg, Chapter 7 Trustee* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SPECTRUM LINK, INC.,<br><br>    Debtor.<br><br>                                                                 Debtor(s) | CASE NO.: 2:21-bk-16403-VZ<br>CHAPTER: 7<br>ADVERSARY NO.: 2:23-ap-01165-VZ |
| HOWARD M. EHRENBERG, Chapter 7 Trustee,<br><br>                                                                 Plaintiff(s),<br><br>    vs.<br><br>WILLIAM WALTER WRIGHT, an individual, AMY BARROWS-WRIGHT, aka AMY BARRIOS-WRIGHT, an individual, AWB CONSULTING LLC, a California limited liability company, ENUMAH GROUP, LLC, a California limited liability company, NEW BEGINNINGS APOSTOLIC COMMUNITY CHURCH, INC., a California corporation, SLOANE STREET, LLC, a Delaware limited liability company, and OLD WORLD ANTIQUITIES LLC, a California limited liability company,<br><br>                                                                 Defendants. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE: EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** (title of motion[1]) |

---

[1] Please abbreviate if title cannot fit into text field

PMD 54652009v1 6/8/2023 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    *Page 1*                **F 9021-1.2.ADV.NOTICE.LODGMENT**

PLEASE TAKE NOTE that the order or judgment titled **TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** was lodged on *(date)* June 8, 2023 and is attached.  This order relates to the motion which is docket number 2.

PMD 54652009v1 6/8/2023 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    *Page 2*    **F 9021-1.2.ADV.NOTICE.LODGMENT**

# EXHIBIT A

Mark S. Horoupian (CA Bar No. 175373)
  *mark.horoupian@gmlaw.com*
Steven F. Werth (CA Bar No. 205434)
  *steven.werth@gmlaw.com*
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Howard M. Ehrenberg,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SPECTRUM LINK, INC.,<br><br>    Debtor.<br><br>HOWARD M. EHRENBERG, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>    vs.<br><br>WILLIAM WALTER WRIGHT, an individual, AMY BARROWS-WRIGHT, aka AMY BARRIOS-WRIGHT, an individual, AWB CONSULTING LLC, a California limited liability company, ENUMAH GROUP, LLC, a California limited liability company, NEW BEGINNINGS APOSTOLIC COMMUNITY CHURCH, INC., a California corporation, SLOANE STREET, LLC, a Delaware limited liability company, and OLD WORLD ANTIQUITIES LLC, a California limited liability company,<br><br>    Defendants. | Case No. 2:21-bk-16403-VZ<br><br>Chapter 7<br><br>Adversary No.: 2:23-ap-01165-VZ<br><br>**TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>**OSC Hearing**: July 13, 2023, at 11:00 a.m.<br><br>Date:   June 8, 2023<br>Time:   11:00 a.m.<br>Place:  Courtroom 1368<br>         255 East Temple Street<br>         Los Angeles, CA 90012<br>         The Hon. Vincent Zurzolo |

On June 5, 2023, Plaintiff Howard M. Ehrenberg ("Trustee") the chapter 7 trustee of Spectrum Link, Inc. ("Debtor") filed his "Emergency Motion For Temporary Restraining Order And Order To Show Cause Re:  Preliminary Injunction" (Docket No. 2, the "Motion") in the above-captioned adversary proceeding.  The Trustee also filed a notice of hearing of the Motion (Docket No. 3, the "Notice"), notifying parties of certain Court-set opposition and reply deadlines, and stating that the Motion was set for hearing on June 8, 2023, at 11:00 a.m. (the "Hearing").

On June 7, 2023, Mr. William Walter Wright ("Mr. Wright") served an opposition to the Motion on the Trustee, which Mr. Wright caused to be filed the following day (Docket No. 9, the "Opposition").  On June 7, 2023, the Trustee filed and served a reply to the Opposition (Docket No. 7, the "Reply").  The Trustee also filed a declaration of service (Docket No. 6, the "Service Declaration") relating to his efforts to provide notice of the Hearing, the Motion, the Notice, and relevant deadlines to the above-captioned defendants (the "Defendants").

The Motion came for hearing before the Court on an emergency basis, on June 8, 2023, at 11:00 a.m., the Honorable Vincent P. Zurzolo presiding.  Mr. Christopher Ellison, Esq. appeared telephonically on behalf of Mr. Wright.  Ms. Noreen Madoyan, Esq. appeared telephonically on behalf of the Office of the United States Trustee.  Mr. Steven F. Werth, Esq., appeared in person on behalf of the Trustee.  Mr. Howard M. Ehrenberg, Esq. appeared telephonically on behalf of himself.  There were no other appearances.

The Court, having considered the Motion, the declaration in support of the Motion, the exhibits attached to the Motion, the Notice, the Service Declaration, the Opposition, the declaration of Mr. Wright in support of the Opposition, the Reply, related documents filed in this adversary proceeding, and arguments of counsel presented to the Court at the Hearing as reflected on the record, makes the following findings of fact:

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

**FINDINGS OF FACT:**

1. As the Motion does not seek a temporary restraining order ("TRO") or order to show cause regarding whether an injunction should issue ("OSC") without written or oral notice to the adverse party pursuant to Fed. R. Civ. P. 65(b) and Fed. R. Bankr. P. 7065, the provisions of Fed. R. Civ. P. 65(b) do not apply to the Motion.

2. The Motion and Notice were properly served upon the Defendants.

3. The Notice contained information that properly identified the date, time, and location of the Hearing, as well as the deadline for parties to file an opposition to the Motion.

4. The Opposition was not timely filed, as it was filed after the deadline identified in the Notice.

5. The Opposition was not timely served, as it was served after the deadline identified in the Notice.

6. The Trustee timely filed and served the Reply.

7. The evidence cited in support of the Motion is detailed, significant, and directly on point.

8. The Trustee has carried his burden of showing that a TRO should issue against the Defendants, as the Trustee has demonstrated a risk of irreparable injury, that the Trustee is likely to prevail on the merits, that the balance of harms tips in favor of the Trustee, and that issuance of a TRO is in the public interest.

9. Regarding the Trustee's showing of irreparable injury, the Court finds that the property subject to the requested TRO consists of more than $1 million in cash which is easily transferrable, and that Mr. Wright has a demonstrated history of transferring large amounts of cash, often, between his accounts. The Motion sets forth substantial evidence indicating that the transfers to Defendants occurred via the Debtor conducting a fraudulent enterprise. If the Debtor's estate ("Estate") were to ultimately prevail in this adversary proceeding, it could easily find itself unable to recover the cash in Defendants' bank accounts.

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

10. Regarding the Trustee's showing of whether he is likely to prevail in the adversary proceeding, the Court has reviewed the Opposition in detail. The Court finds that the Trustee has clearly carried his burden for the purpose of issuance of a TRO.

11. Regarding the balance of harms, the Court finds that the Opposition contains no explanation as to why Mr. Wright received the transfers identified in the Motion through entities not in his own name. The Court finds that issuance of a TRO in this instance is an appropriate balance of the harms. The Court also finds that it is appropriate to allow Mr. Wright to withdraw some amount for living expenses pending the hearing on the OSC.

12. Regarding the Trustee's showing that a TRO is in the public interest, the Court finds that this consideration is only remotely applicable to this adversary proceeding.

13. The case cited in the Opposition for the proposition that the Court lacks jurisdiction to issue at TRO, In re Regatta Bay, LLC, 406 B.R. 875 (Bankr. D. Az. 2009) was reversed on appeal, and further does not address whether an injunction may issue in connection with a fraudulent transfer.

For these reasons, the Court **ORDERS** as follows:

1. The Motion is granted.

2. The Opposition is overruled.

3. The Defendants are ordered to show cause at 11:00 a.m. on July 13, 2023, or as soon as counsel may be heard, in Courtroom 1368 of the United States Bankruptcy Court for the Central District of California, Los Angeles Division, located at 255 East Temple Street, Los Angeles, California 90012 (the "OSC Hearing"), why a preliminary injunction should not issue enjoining and restraining the Defendants, their agents, servants, employees, and attorneys, and others acting in concert or participating with any of them, from transferring, selling, assigning, pledging, hypothecating, encumbering, dissipating, distributing, without further leave of the Court, any personal or real properties in which any of the Defendants has any right, title or interest, including:

A.  the contents of any deposit and other accounts at Wells Fargo Bank in the name of any of the Defendants, including the following accounts identified by name and last four digits of their account number:

| | |
|---|---|
| William W Wright | 0017 |
| William W Wright dba Global Distribution Group | 5999 |
| William W Wright dba Hanover Associates | 6193 |
| William Wright dba Coastal Prime Associates | 6185 |
| William W Wright dba Tech Development Associates | 0525 |
| William W Wright dba Enumah Group | 3342 |
| William W Wright dba Enumah Group | 5674 |
| Enumah Group LLC | 6196 |
| AWB Consulting LLC | 7496 |
| New Beginnings Apostolic Community Church, Inc. | 3797 |
| New Beginnings Apostolic Community Church, Inc. | 0293 |
| Old World Antiquities LLC | 4169 |
| Sloane Street LLC | 3751; |

B.  the contents of any deposit and other accounts at JP Morgan Chase Bank in the name of any of the Defendants, including the account in the name of Enumah Group LLC, with the last four digits 0831;

C.  the contents of any deposit and other accounts at any other financial institution in the name of any of the Defendants (collectively with the Defendants' accounts at Wells Fargo Bank and JP Morgan Chase Bank, the "<u>Defendants Accounts</u>"); and

D.  any of the real properties (collectively, the "<u>Defendants Properties</u>") in which any of the Defendants has direct or indirect right, title or interest, including the property commonly known as 22529 North Summit Ridge Circle, Chatsworth, California 91311-2673.

4.  The Trustee may file and serve on the Defendants and this Court a brief in support of the OSC on or before June 22, 2023.

5.  Defendants may file and serve on the Trustee and this court an opposition to the OSC on or before June 29, 2023.

6.  The Trustee may file and serve on the Defendants and this Court a reply brief responding to any opposition to the OSC, on or before July 6, 2023.

7.  Pending the OSC Hearing, the Defendants and their agents, servants, employees, and attorneys, and others acting in concert or participating with any of them, ARE RESTRAINED AND ENJOINED from transferring, selling, assigning, pledging, hypothecating, encumbering, dissipating, distributing, or encumbering (1) the contents of the Defendants Accounts, and (2) the Defendants Properties, <u>except that</u> Mr. Wright may withdraw up to $50,000 in the aggregate from the Defendants Accounts for living expenses.

8.  This TRO is effective immediately and, pursuant to Fed. R. Bankr. P. 7065, the Trustee is not required to post security for the TRO.

9.  This order must be served on the Defendants by overnight mail by no later than 48 hours after this order is entered, and proof of service of this order must be filed no later than 24 hours after the Defendants are so served.

10. The Trustee is authorized to serve this order upon Wells Fargo Bank and JP Morgan Chase Bank.

11. The Trustee is authorized to record this order in the Los Angeles County Recorder's Office.

**IT IS SO ORDERED.**

### 

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

SFW 54605367v2     5     008

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 8, 2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Mark S Horoupian** mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Steven Werth** steven.werth@gmlaw.com, swerth@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com,Karen.Files@gmlaw.com;patricia.dillamar@gmlaw.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 8, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Attorney for Defendants**
Christopher Ellison (CA Bar No. 248545)
cellison@eaalawfirm.com
ELLISON & ASSOCIATES
6242 Westchester Pkwy, Suite 240
Los Angeles, CA 90045

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June , 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 8, 2023 | Patricia Dillamar | /s/Patricia Dillamar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 54652009v1 6/8/2023 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# ADDITIONAL SERVICE LIST

**2. SERVED BY U.S. MAIL**

William Walter Wright.
22529 North Summit Ridge Circle,
Chatsworth, CA 91311-2673

AWB Consulting LLC
Attn: William Walter Wright,
Agent for Service of Process,
22529 North Summit Ridge Circle,
Chatsworth, CA 91311-2673

Enumah Group, LLC
Attn: William Walter Wright,
Agent for Serwvice of Process,
22529 North Summit Ridge Circle,
Chatsworth, CA 91311-2673

New Beginnings Apostolic Community Church, Inc.
Attn: William Wright,
Agent for Service of Process,
22529 North Summit Ridge Circle,
Chatsworth, CA 91311-2673

Old World Antiquities LLC
Attn: William Wright,
Agent for Service of Process,
22529 North Summit Ridge Circle,
Chatsworth, CA 91311-2673

Amy Burrows-Wright aka Amy Barrios-Wright,
22529 North Summit Ridge Circle,
Chatsworth, CA 91311-2673

Sloane Street, LLC
Attn: Amy Burrows-Wright, Member/Agent
22529 North Summit Ridge Circle,
Chatsworth, CA 91311-2673

AWB Consulting LLC
Attn: William Walter Wright,
Agent for Service of Process
23055 Sherman Way, Unit 4025,
West Hills, CA 91308

Enumah Group, LLC
Attn: William Walter Wright,
Agent for Service of Process
23055 Sherman Way, Unit 4025,
West Hills, CA 91308

New Beginnings Apostolic Community Church, Inc.
Attn: William Wright,
Agent for Service of Process,
23055 Sherman Way, Unit 4025,
West Hills, CA 91308

Old World Antiquities LLC
Attn: William Wright,
Agent for Service of Process,
23055 Sherman Way, Unit 4025,
West Hills, CA 913

Sloane Street, LLC
Attn: Mr. Steven A. Webb
as the agent for service of process
22543 Ventura Blvd., 220-14,
Woodland Hills, CA 91364

Martin Winfield
Winfield Law
6242 Westchester Pkwy, Suite 240,
Los Angeles, CA 90045

PMD 54652009v1 6/8/2023 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*        *Page 4*        **F 9021-1.2.ADV.NOTICE.LODGMENT**