Steven F. Werth (CA Bar No. 205434)
  *steven.werth@gmlaw.com*
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for Howard M. Ehrenberg,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-16403-VZ |
| SPECTRUM LINK, INC., | Chapter 7 |
| Debtor. | Adversary No.: 2:23-ap-01165-VZ |
| HOWARD M. EHRENBERG, Chapter 7 Trustee, | **STIPULATION REQUESTING CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE DUE TO TENTATIVE SETTLEMENT** |
| Plaintiff, | **OSC Hearing:** |
| vs. | Date:  November 9, 2023<br>Time:  11:00 a.m.<br>Place:  Courtroom 1368<br>       Roybal Federal Building<br>       255 East Temple Street<br>       Los Angeles, CA 90012 |
| WILLIAM WALTER WRIGHT, an individual, AMY BARRIOS-WRIGHT aka AMY BARROWS WRIGHT, an individual, AWB CONSULTING LLC, a California limited liability company, ENUMAH GROUP, LLC, a California limited liability company, NEW BEGINNINGS APOSTOLIC COMMUNITY CHURCH, INC., a California corporation, SLOANE STREET, LLC, a Delaware limited liability company, and OLD WORLD ANTIQUITIES LLC, a California limited liability company, | |
| Defendants. | |

Howard M. Ehrenberg, the Chapter 7 Trustee and Plaintiff in this adversary proceeding ("Trustee") and the above-captioned defendants ("Defendants"), through their

SFW 55631185v1

counsel, file this stipulation to continue a hearing set by this Court, and related deadlines, in the Court's September 18, 2023 "Order To Show Cause Why Defendant's Should Not Be Held In Contempt Of This Court's Temporary Restraining Order" [Docket No. 56], based on the following:

1. On June 5, 2023, the Trustee filed his complaint commencing this action;

2. On September 18, 2023, the Court entered an "Order To Show Cause Why Defendants Should Not Be Held In Contempt Of This Court's Temporary Restraining Order" (Docket No. 56, the "OSC Order");

3. The OSC Order: (i) sets a hearing before this Court for November 9, 2023, at 11:00 a.m. (the "OSC Hearing"), on an Order for the Defendants to Show Cause why Defendants should not be held in contempt for violating certain of this Court's prior orders, (ii) requires Defendants to serve and file a written response no later than October 12, 2023, and (iii) requires the Trustee to serve and file a reply to that response no later than October 26, 2023;

4. The Trustee and Defendants have reached a settlement of this adversary proceeding, which has not yet been reduced to writing;

5. The Trustee and Defendants are currently preparing the documents necessary to effectuate this settlement, all of which, if signed, will be attached to a motion the Trustee will file with the Court seeking to approve that settlement;

6. The Trustee estimates that it will take approximately two weeks for the parties to finalize and sign all documents, and for the Trustee to file and serve a motion seeking Court approval of this settlement;

7. The Trustee does not desire the Defendants to incur additional attorney time in responding to the OSC Order during this document-finalization period;

8. The Trustee and Defendants reached this tentative settlement on October 10, 2023, and on that date Trustee's counsel Steven F. Werth informed Defendants' counsel Mr. Douglas Crowder, Esq. that Mr. Werth would prepare a stipulation for counsel to sign proposing to continue the OSC Hearing;

9. The Trustee understands that Mr. Crowder, since October 10, 2023, has proceeded in this adversary proceeding with the expectation that a stipulation would be filed seeking to continue the OSC Hearing, although the Trustee has communicated to Mr. Crowder, and the Trustee also understands, that the Court may not approve this stipulation.

10. Based on the above, the Trustee and Defendants stipulate, and respectfully request, that:

(i) the OSC Hearing be continued approximately 60 days, to a date convenient to the Court (the parties suggest January 11, 2024, at 11:00 a.m.),

(ii) the Defendants' deadline to file a response relating to the OSC Order is continued to a date that is approximately 30 days prior to the date of the continued OSC Hearing, and

(iii) the Trustee's deadline to reply to Defendants' response is continued to a date that is approximately 14 days prior to the date of the continued OSC Hearing.

**SO STIPULATED.**

DATED: October 11, 2023        **Greenspoon Marder LLP**

By: */s/ Steve Werth*
Steven F. Werth
Attorneys for Howard M. Ehrenberg
Chapter 7 Trustee

DATED: October 11, 2023        **CROWDER LAW CENTER, P.C.**

By: */s/ Douglas A. Crowder*
Douglas A. Crowder, Esq.
Attorneys for Defendants

GREENSPOON MARDER LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071
TEL 213.626.2311 • FAX 954.771.9264

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century East, Suite 1900, Los Angeles, California 90067.

A true and correct copy of the foregoing documents entitled (*specify*): **STIPULATION REQUESTING CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE DUE TO TENTATIVE SETTLEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 11, 2023   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Douglas A Crowder** dcrowder@crowderlaw.com
- **Howard M Ehrenberg (TR)** ehrenbergtrustee@gmlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com
- **Mark S Horoupian** mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Steven Werth** steven.werth@gmlaw.com, swerth@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com,Karen.Files@gmlaw.com;patricia.dillamar@gmlaw.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 19, 2023, 2023 served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 11, 2023 | Patricia Dillamar | */s/ Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 55631932v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**